**No. 66820.**—J. J. Newberry Co. *v.* United States, protest 61/12872 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of birdcages in chief value of metal, not plated with gold, platinum, or silver, similar in all material respects to those the subject of *Heemsoth & Basse* v. *United States* (72 Treas. Dec. 385, T.D. 49191), the claim of the plaintiff was sustained.